

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**201 SUPERIOR AVENUE**
**CLEVELAND, OHIO 44114**

**JUDGE LESLEY WELLS**

**TELEPHONE: (216) 615-4480**
**FAX: (216) 615-4371**

29 July 2006

The Honorable Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Calendar Year 2005 Filing of Judge Lesley Wells

Dear Judge Smith:

In response to your letter of June 29, 2006 regarding Part VII, Page 4, line 16 of my 2005 annual financial disclosure report, I attach a letter from my accountant, Theodore A. Wagner, which explains that the confusion is caused because the asset name in line 16 is followed by an X which is not contained in parenthesis. The income and value of the asset in 2004 were below the reporting thresholds contained in the 2004 reporting instructions, but did exceed the reporting threshold amounts for 2005.

Please consider this letter and its attachment an amendment. I enclose three copies of this response and trust this information will allow you to close my 2005 report. Should you have any questions, you may contact me at (216) 615-4480. Thank you.

Cordially yours,



Lesley Wells
United States District Judge

LW:ksa

cc: Theodore A. Wagner, C.P.A.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wells, Lesley B | 2. Court or Organization<br><br>U.S. District Court, ND OH | 3. Date of Report<br><br>05/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>201 Superior Avenue<br>328 United States Court House<br>Cleveland, Ohio 44114 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2005 MAY 12 PM 2:12 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Ohio Public Employees Retirement System | $ 27,107 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Squire, Sanders, & Dempsey - Law Firm |
| 2. 2005 | Wheeling & Lake Erie Railway - Director |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FOUNDATION FOR RESEARCH ON ECONOMICS & THE ENVIRONMENT | SEPTEMBER 13-18 - BIG SKY, MONTANA; EDUCATIONAL SEMINAR OR PROGRAM (TRANSPORTATION, LODGING & MEALS) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Name of Person Reporting | Date of Report |
| Wells, Lesley B | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CENTURY FINCL CORP MICH | C | Dividend | L | T | | | | | |
| 2. GENERAL MOTORS CORP | A | Dividend | J | T | | | | | |
| 3. KEY CORP SECURITIES | B | Dividend | K | T | | | | | |
| 4. OHIO ST WTR DEV AT PCF - MUNICIPAL FUNDS | B | Interest | K | T | | | | | |
| 5. LORAIN OHIO - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 6. MONTGOMERY CNTY OH HOSP - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 7. OHIO ST WTR DEV AT PLLT - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 8. OHIO ST WTR DEV AUTH REV - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 9. MAHONING CNTY OH HSP FCS - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 10. PUERTO RICO ELEC PWR - MUNICIPAL BONDS | B | Interest | K | T | BUY | 11/2 | J | | |
| 11. OHIO ST HIGHER EDL FAC - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 12. FAIRFIELD CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 13. PUERTO RICO SPL TAX REV - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 14. CINCINNATI OHIO CITY SCH - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 15. CLEVELAND OH PKG FCS REV - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 16. CLEVELAND OH CTFS PARTN X - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 17. CLEVELAND OH WTRWKS REV - MUNICIPAL BONDS | A | Interest | K | T | SELL | 06/06 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LUCAS CNTY OH HOSP REV - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 19. INDIAN LAKE OHIO LOC SD - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 20. WYOMING OHIO CITY SCH - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 21. COLUMBIANA CNTY OH - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 22. PUERTO RICO COMWLTH - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 23. MAHONING CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 24. GREENE CO OH SWR SYS RV - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 25. CUYAHOGA CNTY OHIO HOSP - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 26. OHIO ST TPK COMMN TPK RV - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 27. OHIO ST AIR QUALITY DEV - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 28. PUERTO RICO PUB FIN CORP - MUNICIPAL BONDS | A | Interest | J | T | SELL | 3/14 | J | A | |
| 29. PUERTO RICO PUB BLDGS - MUNICIPAL BONDS | A | Interest | | | SELL | 03/14 | J | A | |
| 30. MASSILON OH VAR PURP - MUNICIPAL BONDS | A | Interest | K | T | | | | | |
| 31. CUYAHOGA CO OH HSP REV - MUNICIPAL BONDS | A | Interest | K | T | REDEMPTION | 01/21 | J | A | |
| 32. PUERTO RICO EL PWR AT - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 33. LORAIN CNTY OH HOSP REV - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 34. FRANKLIN CO OH CNVNTN - MUNICIPAL BONDS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HAMILTON CNTY OH SALES - MUNICIPAL BONDS | B | Interest | K | T | | | | | |
| 36. CLEVELAND OH ARPT SYS - MUNICIPAL BONDS | B | Interest | K | T | BUY | 11/15 | J | | |
| 37. | | | | | BUY | 12/01 | J | | |
| 38. | | | | | SELL | 06/01 | J | A | |
| 39. | | | | | SELL | 04/11 | K | A | |
| 40. KINGS LCL SCH DIST OH - MUNICIPAL BONDS | A | Interest | | | REDEMPTION | 12/01 | J | A | |
| 41. HAMILTON CNTY OH SWR SYS - MUNICIPAL BONDS | B | Interest | | | REDEMPTION | 12/01 | K | A | |
| 42. UNIV CINCINNATI OH CTFS - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 43. MERRILL LYNCH CMA MONEY FUND | A | Interest | J | T | | | | | |
| 44. MERRILL LYNCH CMA MONEY FUND | A | Interest | J | T | | | | | |
| 45. OHIO ST. HEF COMMN. RV. ED - MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 46. PICKERINGTON OH LOCAL SCHOOL DISTRICT BONDS | A | Interest | | | BUY | 01/07 | J | | |
| 47. | | | | | SELL | 06/06 | K | A | |
| 48. HUNTINGTON NATIONAL BANK | A | Interest | J | T | | | | | |
| 49. EATON OH CITY SCH. DIST. BOND | A | Interest | | | SELL | 04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B | 05/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

DUE TO THE CURRENT PRESENTATION OF THE INFORMATION RECEIVED FROM THE BROKER, CERTAIN OF THE DESCRIPTIONS HAVE BEEN ALTERED SLIGHTLY FROM THE PRESENTATION ON THE PRIOR YEAR REPORT IN ORDER TO MORE CLOSELY CONFORM WITH THE BROKER'S CURRENT PRESENTATION. NO MATERIAL CHANGES IN THE VALUES OF THE ASSETS REPORTED OR THE INCOME THEY GENERATE HAVE OCCURRED DURING 2005 EXCEPT THOSE NOTED AS BUYS OR SELLS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 4 / May 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544